PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Michael McClain

Crim. No. 4:20CR03060

On _June 8, 2020_ the above named was placed on supervised release for a period of 60 months.

Mr. McClain has complied with the rules and regulations of supervised release and is no longer in need of supervision.

It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_/s/ Jeff A. Chathens_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 27th day of July, 20 23.

_/s/ John M. Gerrard_
John M. Gerrard
Senior U.S. District Judge